1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   Software Research, Inc.,                    Case No.  18-cv-00232-EMC
                Plaintiff,
8
        v.                                       **CASE MANAGEMENT CONFERENCE
9                                                ORDER IN REASSIGNED CASE**
    Dynatrace LLC
10
                Defendants.
11
12
13      TO ALL PARTIES AND COUNSEL OF RECORD:
14          The above matter having been reassigned to District Judge Edward M. Chen, for
15      trial and all further proceedings.
16          IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 16
17      and Civil Local Rule 16-10, a case management conference will be held in this case before
18      the Honorable Edward M. Chen on Thursday, April 19, 2018 at 9:30 a.m., in Courtroom 5,
19      17th Floor, 450 Golden Gate Avenue, San Francisco, California.
20          1.      The parties shall file a joint case management conference statement one
21      week in advance of the case management conference date.  The statement must include all
22      elements requested in the "Standing Order for All Judges of the Northern District of
23      California – Contents of Joint Case Management Statement."  In cases involving pro se
24      litigants, parties shall attempt to file a joint statement; if after due diligence an agreement
25      cannot be reached, the parties may file separate case management statements, with each
26      statement not to exceed seven (7) pages.
27          2.      Any request to reschedule the case management conference date must be
28      made in writing and by stipulation, if possible, not less than ten (10) days before the

United States District Court
Northern District of California

United States District Court
Northern District of California

1    conference date.  Good cause must be shown.

2    3.    Unless proceeding pro se, each party shall be represented at the case

3    management conference by counsel with full and complete authority to address all of the

4    matters referred to in (a) Federal Rules of Civil Procedure 16(c) and 26(f) and (b) the

5    "Standing Order for All Judges of the Northern District of California – Contents of Joint

6    Case Management Statement."  Counsel must also have full and complete authority to

7    enter stipulations and made admissions.

8    4.    After the case management conference is concluded, an order will be

9    entered setting dates for, e.g., the close of discovery, hearing dispositive motions, the final

10   pretrial conference, and trial.  Other orders regulating and controlling future proceedings

11   may also be entered (e.g., orders setting further status conferences).

12   5.    All documents filed with the Clerk of the Court shall list the civil case

13   number followed only by the initials "EMC."  A copy of all documents filed, whether

14   electronically or manually, shall be submitted to the Clerk's Office in an envelope clearly

15   marked with the case number and "EMC Chambers Copy" no later than the time

16   prescribed by Civil Local Rule 5-1(e)(7).  The chambers copy must be three-hole punched

17   on the left-hand side.  Exhibits to declarations must be tabbed.

18   6.    Plaintiff(s) shall serve copies of (a) this Order, (b) the "Standing Order for

19   All Judges of the Northern District of California – Contents of Joint Case Management

20   Statement," (c) this Court's "Civil Standing Order – General," and (d) this Court's "Civil

21   Standing Order on Discovery" at once upon all parties to the action, and upon those

22   subsequently joined, in accordance with the provisions of  Federal Rules of Civil

23   Procedure 4 and 5.  In addition, Plaintiff(s) shall file with the Clerk of the Court a

24   certificate reflecting such service, in accordance with Civil Local Rule 5-6(a).

25   7.    Failure to comply with this order, Federal Rules of Civil Procedure 16 and

26   26(f), and/or Civil Local Rule 16-10 may be grounds for sanctions.  See Fed. R. Civ. P.

27   16(f).

///

2

United States District Court
Northern District of California

1    Plaintiff is directed to serve a copy of this Order upon all non-efiler defendants.  Standing

2    order can be found in this Court's website.

3        **IT IS SO ORDERED.**

4  Dated:  January 19, 2018

5

6    _____

7    EDWARD M. CHEN
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28