DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendant,
DYNATRACE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DYNATRACE LLC, <br><br> Defendant. | Case No.: 18-cv-00232-EMC <br><br> **STIPULATION TO EXTEND DYNATRACE LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Civil L.R. 6-1(a), Plaintiff Software Research, Inc. ("Plaintiff") and Defendant Dynatrace LLC ("Dynatrace"), by and through their undersigned attorneys, hereby state and stipulate as follows:

WHEREAS, Plaintiff has filed a Proof of Service Civil asserting service of the Summons, Complaint and associated documents in this action on Dynatrace on January 18, 2018;

WHEREAS, absent an extension, Dynatrace's deadline to answer or otherwise respond to the Complaint is February 8, 2018;

WHEREAS, Plaintiff and Dynatrace have conferred and Plaintiff has agreed to extend the time for Dynatrace to answer or otherwise respond to the Complaint by 30 days, *i.e.*, to March 12, 2018;

1  NOW THEREFORE, IT IS STIPULATED AND AGREED that Dynatrace's deadline to
2  answer or otherwise respond to the Complaint is March 12, 2018.

DUANE MORRIS LLP

Dated: January 24, 2018      By:  */s/ Karineh Khachatourian*
                                  Karineh Khachatourian
                                  Daniel T. McCloskey

                                  Attorneys for Defendant,
                                  DYNATRACE LLC


SINGER BEA LLP

Dated: January 24, 2018      By:  */s/ Benjamin L. Singer*
                                  Benjamin L. Singer
                                  Evan N. Budaj

                                  Attorneys for Plaintiff,
                                  SOFTWARE RESEARCH, INC.

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DUANE MORRIS LLP

Dated: January 24, 2018

By: */s/ Karineh Khachatourian*
Karineh Khachatourian
Daniel T. McCloskey

Attorneys for Defendant,
DYNATRACE LLC