1  SINGER BEA LLP
   Benjamin L. Singer (Bar. No. 264295)
2     bsinger@singerbea.com
   Evan N. Budaj (Bar No. 271213)
3     ebudaj@singerbea.com
4  601 Montgomery Street, Suite 1950
San Francisco, California  94111
5  Telephone:   (415) 500-6080
Facsimile:   (415) 500-6080
6
*Attorneys for Plaintiff Software Research, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC., | CASE NO. 3:18-CV-00232-EDL |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| DYNATRACE LLC, and DOES 1 through 10, | |
| Defendants. | |

**PROOF OF SERVICE**

I hereby certify that on **January 25, 2018** I caused the following document(s) to be served:

- **Case Management Conference Order in Reassigned Case**

on the parties in this action as follows:

> Dynatrace LLC
> c/o CT Corporation System
> 818 West Seventh Street, Suite 930
> Los Angeles, CA 90017

☐ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as set forth above.

☐ On **January 25, 2018**, I sent such document(s) from facsimile machine (415) 500-6080. I certify that said transmission as completed and that all pages were received and that a report was generated by facsimile machine (415) 500-6080 which confirms said transmission and receipt.

☐ By causing the document(s) listed above to be electronically mailed to the person(s) at the electronic mail address(es) set forth above.

☐ By causing the document(s) listed above to be given to a courier messenger to be personally delivered to the person(s) at the address(es) set forth above.

■ By causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) as the address(es) set forth above.

☐ By causing the document(s) listed above to be delivered via overnight delivery (United Parcel Service [UPS]) to the person(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **January 25, 2018,** at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **January 25, 2018**, at San Francisco, California.

Date: January 25, 2018                    Respectfully submitted,

SINGER / BEA LLP

By: _____
Benjamin L. Singer
Evan Budaj
*Attorneys for Plaintiff Software Research, Inc.*