```
 1  DUANE MORRIS LLP
    Karineh Khachatourian (CA SBN 202634)
 2  kkhachatourian@duanemorris.com
    Daniel T. McCloskey (CA SBN 191944)
 3  dtmccloskey@duanemorris.com
    2475 Hanover Street
 4  Palo Alto, CA 94304-1194
    Telephone: 650.847.4150
 5  Facsimile: 650.847.4151

 6  Attorneys for Defendant,
    DYNATRACE LLC
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| SOFTWARE RESEARCH, INC., | Case No.: 18-cv-00232-EMC |
|---|---|
| Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND DYNATRACE LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| DYNATRACE LLC, | |
| Defendant. | |

Pursuant to Civil L.R. 6-1(b), Plaintiff Software Research, Inc. ("Plaintiff") and Defendant Dynatrace LLC ("Dynatrace"), by and through their undersigned attorneys, hereby state and stipulate as follows:

WHEREAS, Plaintiff served Dynatrace with the Complaint and associated documents in this action on or about January 18, 2018;

WHEREAS, absent an extension, Dynatrace's deadline to answer or otherwise respond to the Complaint was February 8, 2018;

WHEREAS, Plaintiff and Dynatrace agreed to an initial extension to answer, or otherwise respond to the Complaint by 30 days, *i.e.*, to March 12, 2018;

WHEREAS, Plaintiff and Defendant agree to an additional extension of time for Defendant

| | |
|---|---|
| 1 | to respond to the Complaint up to and including April 5, 2018, so that Defendant can have |
| 2 | additional time to investigate this matter and the parties may explore the possibility of settlement; |
| 3 | WHEREAS the initial Case Management Conference is currently scheduled for April 19, |
| 4 | 2018. As such, the parties' stipulated extension of time will not impact any other court-ordered |
| 5 | deadlines in the case. |
| 6 | NOW THEREFORE, IT IS STIPULATED AND AGREED that Dynatrace's deadline to |
| 7 | answer or otherwise respond to the Complaint is April 5, 2018. |

DUANE MORRIS LLP

Dated: March 1, 2018

By: /s/ Karineh Khachatourian
Karineh Khachatourian
Daniel T. McCloskey

Attorneys for Defendant,
DYNATRACE LLC

SINGER BEA LLP

Dated: March 1, 2018

By: /s/ Benjamin L. Singer
Benjamin L. Singer
Evan N. Budaj

Attorneys for Plaintiff,
SOFTWARE RESEARCH, INC.

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, Defendant Dynatrace LLC's deadline to respond to Plaintiff Software Research, Inc.'s Complaint is hereby continued to April 5, 2018. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATED: 3/2/18

HON. EDWARD M. CHEN
United States District Judge

*[Stamp: IT IS SO ORDERED, Judge Edward M. Chen, United States District Court, Northern District of California]*

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

DUANE MORRIS LLP

Dated: March 1, 2018

By: */s/ Karineh Khachatourian*
Karineh Khachatourian
Daniel T. McCloskey

Attorneys for Defendant,
DYNATRACE LLC