# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Software Research, Inc.<br><br>    Plaintiff(s)<br><br>v.<br><br>Dynatrace, Inc. and Does 1 - 10<br><br>    Defendant(s) | CASE No C  3:18-cv-232-EMC<br><br>STIPULATION AND [P~~RO~~POSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*
- ☐ other requested deadline:

Date: 3/29/2018      /s/ Evan N. Budaj
            Attorney for Plaintiff

Date: 3/29/2018      /s/ Karineh Khachatourian
            Attorney for Defendant

- ☒ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  3/30/18



U.S. DISTRICT JUDGE
IT IS SO ORDERED
Judge Edward M. Chen

> *Important!* E-file this form in ECF using the appropriate event among the choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*