DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
kkhachatourian@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
Nikolaus A. Woloszczuk (CA SBN 286633)
nawoloszczuk@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendant,
DYNATRACE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,  Plaintiff,  v.  DYNATRACE LLC,  Defendant. | Case No. 18-cv-00232-EMC  **NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT** |

In view of Plaintiff's filing of its First Amended Complaint, (D.I. 31), Defendant Dynatrace LLC ("Dynatrace") hereby withdraws its Motion to Dismiss Complaint (D.I. 27) without prejudice. Dynatrace intends to file a motion to dismiss with regard to Plaintiff's First Amended Complaint within the time permitted.

DUANE MORRIS LLP

Dated: April 23, 2018    By:  */s/Daniel T. McCloskey*
   Karineh Khachatourian
   Daniel T. McCloskey
   Nikolaus A. Woloszczuk

   Attorneys for Defendant,
   DYNATRACE LLC