1  DUANE MORRIS LLP
   Karineh Khachatourian (CA SBN 202634)
2  karinehk@duanemorris.com
   Daniel T. McCloskey (CA SBN 191944)
3  dtmccloskey@duanemorris.com
   Nikolaus A. Woloszczuk (CA SBN 286633)
4  nawoloszczuk@duanemorris.com
   2475 Hanover Street
5  Palo Alto, CA 94304-1194
   Telephone: 650.847.4150
6  Facsimile: 650.847.4151

7  Attorneys for Defendant,
   DYNATRACE LLC
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 SOFTWARE RESEARCH, INC.,           Case No. 18-cv-00232-EMC
                                          MODIFIED
            Plaintiff,                **[PROPOSED] ORDER GRANTING
14                                    DEFENDANT DYNATRACE LLC'S
       v.                             OPPOSED MOTION FOR
15                                    ADMINISTRATIVE RELIEF FOR AN
   DYNATRACE LLC,                     EXTENSION OF TIME TO SERVE
16                                    INVALIDITY CONTENTIONS**
            Defendant.
17

The Court, having reviewed and considered the papers submitted by the parties in connection with Defendant Dynatrace LLC's ("Dynatrace") opposed motion for administrative relief for an extension of time to serve Invalidity Contentions, hereby orders that Dynatrace's opposed motion for administrative relief is GRANTED. Defendant Dynatrace shall serve its Invalidity Contentions and related disclosures pursuant to Patent Local Rule 3-3 not later than 90 days after Dynatrace serves its Answer to Plaintiff Software Research, Inc.'s operative Complaint (currently D.N. 31).

IT IS SO ORDERED.

DATED: April 30, 2018    BY: _____
HONORABLE EDWARD M. CHEN
United States District Judge



```
Plaintiff has not demonstrated any urgent need to advance the
schedule.  The dispute appears to have been pending since
Jan. 2009. Docket No. 31 ¶¶ 17-25.
```