DUANE MORRIS LLP
Karineh Khachatourian (CA SBN 202634)
karinehk@duanemorris.com
Daniel T. McCloskey (CA SBN 191944)
dtmccloskey@duanemorris.com
Nikolaus A. Woloszczuk (CA SBN 286633)
nawoloszczuk@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

Attorneys for Defendant,
DYNATRACE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>DYNATRACE LLC,<br><br>  Defendant. | Case No. 18-cv-00232-EMC<br>   MODIFIED<br>**[PROPOSED] ORDER GRANTING DEFENDANT DYNATRACE LLC'S OPPOSED MOTION FOR ADMINISTRATIVE RELIEF FOR AN EXTENSION OF TIME TO SERVE INVALIDITY CONTENTIONS** |

1  The Court, having reviewed and considered the papers submitted by the parties in connection
2  with Defendant Dynatrace LLC's ("Dynatrace") opposed motion for administrative relief for an
3  extension of time to serve Invalidity Contentions, hereby orders that Dynatrace's opposed motion for
4  administrative relief is GRANTED.  Defendant Dynatrace shall serve its Invalidity Contentions and
5  related disclosures pursuant to Patent Local Rule 3-3 not later than 90 days after Dynatrace serves its
6  ~~Answer~~ response to Plaintiff Software Research, Inc.'s operative Complaint (currently D.N. 31).

IT IS SO ORDERED.

DATED: April 30, 2018           BY: 
                                    HONORABLE EDWARD M. CHEN
                                    United States District Judge

Plaintiff has not demonstrated any urgent need to advance the
schedule.  The dispute appears to have been pending since
Jan. 2009. Docket No. 31 ¶¶ 17-25.