# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** June 21, 2018   **Time:** 1 hour 3 minutes   **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-00232-EMC   **Case Name:** Software Research, Inc. v. Dynatrace LLC

**Attorney for Plaintiff:** Evan Budaj and Ben Singer
**Attorney for Defendant:** Korinah Khachatourian

**Deputy Clerk:** Betty Lee   **Court Reporter:** JoAnn Bryce

## PROCEEDINGS

Defendant's Motion to Dismiss #39 / CMC

## SUMMARY

Court took the Motion to Dismiss under submission and to issue order.

With this Court's guidance as discussed in Court, parties shall meet and confer to fine tune their discovery requests.  This case is referred to a magistrate judge for resolution of all discovery disputes.  The magistrate judge is to supervise as soon as possible pre-mediation discovery and exchange of documents to facilitate mediation.  Private mediation is to be completed within 75 days.

Tutorial set for 1/15/19 at 2:30 p.m.  Claim construction hearing set for 2/4/19 at 2:30 p.m.  Parties shall file a stipulated claim construction schedule based on the 2/4/19 claim construction hearing date.  Defendant's invalidity contentions due 8/1/18.

Further CMC set for 10/25/18 at 10:30 a.m.  An updated joint CMC statement shall be filed by 10/18/18.

cc: Magref