OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

AMENDED CIVIL MINUTES

**Date:** June 21, 2018     **Time:** 1 hour 3 minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 18-cv-00232-EMC     **Case Name:** Software Research, Inc. v. Dynatrace LLC

**Attorney for Plaintiff:** Evan Budaj and Ben Singer
**Attorney for Defendant:** Korinah Khachatourian

**Deputy Clerk:** Betty Lee     **Court Reporter:** JoAnn Bryce

PROCEEDINGS

Defendant's Motion to Dismiss #39 / CMC

SUMMARY

Court took the Motion to Dismiss under submission and to issue order.

With this Court's guidance as discussed in Court, parties shall meet and confer to fine tune their discovery requests.  This case is referred to a magistrate judge for resolution of all discovery disputes.  The magistrate judge is to supervise as soon as possible pre-mediation discovery and exchange of documents to facilitate mediation.  Mediation is to be completed within 75 days.

Tutorial set for 1/15/19 at 2:30 p.m.  Claim construction hearing set for 2/4/19 at 2:30 p.m.  Parties shall file a stipulated claim construction schedule based on the 2/4/19 claim construction hearing date.  Defendant's invalidity contentions due 8/1/18.

Further CMC set for 10/25/18 at 10:30 a.m.  An updated joint CMC statement shall be filed by 10/18/18.

cc: Magref