SINGER / BEA LLP
  Benjamin L. Singer (Bar. No. 264295)
  bsinger@singerbea.com
  Evan N. Budaj (Bar No. 271213)
  ebudaj@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California  94111
Telephone:    (415) 500-6080
Facsimile:    (415) 500-6080
*Attorneys for Plaintiff Software Research, Inc.*

[DYNATRACE TO FILL IN]
*Attorneys for Defendant Dynatrace, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOFTWARE RESEARCH, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DYNATRACE, INC. and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. 3:18-CV-232-EMC<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION FOR STAY**<br><br>Date Filed:  January 10, 2018<br>Trial Date:  None set |

1    Plaintiff Software Research, Inc. ("Plaintiff" or "SRI") and Defendant Dynatrace, Inc.

2  ("Defendant" or "Dyantrace") (collectively, "the Parties") hereby file this Notice of Settlement

3  advising the Court that SRI and Dynatrace have reached an agreement in principle to resolve this

4  matter and are working to finalize the terms of a settlement agreement between them.

5    Under the schedule currently in place, the parties are set to submit a Joint Case Management

6  Statement on October 18, 2018, and appear for a Case Management Conference before this Court on

7  October 25, 2018.  The Parties jointly and respectfully request that the Court stay all deadlines in this

8  matter while the parties finalize their settlement agreement.  The parties will file a Stipulation of

9  Dismissal as soon as they have finalized a settlement agreement pursuant to the above.

10

11  Date:  October 12, 2018                         SINGER / BEA LLP

12                                                 By:   */s/ Benjamin L. Singer*

13                                                      Benjamin L. Singer
                                                        Evan Budaj
14                                                      *Attorneys for Plaintiff Software Research, Inc.*

15  Date:  October 12, 2018

16                                                 By:   */s/ Karineh Khachatourian*

17                                                      Karineh Khachatourian
                                                        *Attorneys for Defendant Dynatrace, Inc.*
18

19                          **Attestation Regarding Signatures**

20    I, Benjamin L. Singer, attest that all signatories listed, and on whose behalf the filing is

21  submitted, concur in the filing's content and have authorized the filing.

22  Date:  October 12, 2018                         */s/ Benjamin L. Singer*

23                                                  Benja

24

25    Parties shall file the stipulation of

26    dismissal in 60 days.

27

      DATED: 10/12/2018
28

                                    GRANTED
                                    Judge Edward M. Chen
                       UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA